UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Application of<br><br>ISZO CAPITAL LP,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 20-cv-15817 (MCA) (LDW)<br><br>**ORDER TO SHOW CAUSE** |

Upon consideration of the papers annexed to this Order to Show Cause, including the Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"); the Declaration of Adrienne M. Ward, Esq. and the exhibits thereto; the Expert Declaration of Alex Hall Taylor QC and the exhibits thereto; the Declaration of Nicholas Burkill and the exhibits thereto; the Memorandum of Law in support of the Application; and all prior pleadings and proceedings heretofore had herein, it is hereby:

ORDERED that respondent Peter R. Kellogg ("Respondent") show cause before this Court at a date and time to be determined ~~at Courtroom _____, United States Courthouse, 50 Walnut Street #4015, Newark, New Jersey 07102 on the _____ day of November, 2020, at _____ o'clock [AM / PM], or as soon thereafter as counsel can be heard~~, why an order, pursuant to 28 U.S.C. § 1782, should not be issued (i) granting Petitioner leave to serve a subpoena on Respondent; (ii) directing Respondent to comply with the subpoena's requests for the production of documents within fourteen (14) days of this Court's order; and (iii) directing Respondent to appear for a deposition at a date which shall be no later than December 15, 2020;

ORDERED that service of this Order to Show Cause on Respondent, together with copies of the papers in support thereof, via personal delivery to Respondent, on or before November 23, 2020, be deemed good and sufficient service thereof; and, it is further;

ORDERED that copies of opposition papers, if any, be filed with this Court and served upon Petitioner's counsel via the Court's ECF filing system and by e-mail to Petitioner's counsel at jweiner@olshanlaw.com, on or before November 30, 2020. Reply papers, if any, shall be filed on or before December 2, 2020.

Dated: Newark, New Jersey
November 18, 2020

SO ORDERED.

Leda Dunn Wettre

United States Magistrate Judge



5597645-3